UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-cr-20397-ALTMAN/SANCHEZ(s)(s)

UNITED STATES OF AMERICA

vs.

**OSMEL BENITEZ,**
    a/k/a "El Manco,"
**VICTOR RAFAEL ARCIA ALBEJA,**
    a/k/a "Vitico,"
**YOELIS PRADA RAMOS,**
    a/k/a "Bot Marley,"
    a/k/a "El Bolaito,"
**JOSE ANGEL MARRERO RODRIGUEZ, and**
**VICTOR MANUEL PEREZ CARDENAS,**

                          **Defendants.**
_____/

## UNITED STATES' FOURTH RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this fourth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A.   1.   The government is unaware of any written or recorded statements made by the defendant.

        2.   Any portion of the written record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent has been produced.

        3.   No defendant testified before the Grand Jury.

        4.   The defendants' prior criminal records have been produced.

        5.   Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at

     a mutually convenient time at:  the Office of the United States Attorney, 99 Northeast 4th Street, Miami, Florida, Suite 539.  Please call the undersigned to set up a date and time that is convenient to both parties.

     The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

  6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B. DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10.   This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. Witnesses identified the following defendants based on the following photographs produced in this response:

| Serial 267 ||
|---|---|
| **Defendant** | **Photo(s)** |
| Victor Manuel Perez Cardenas | 281J-MM-3925417_0000267_1A0000234_0000001.pdf |

| Serial 268 ||
|---|---|
| **Defendant** | **Photo(s)** |
| Victor Manuel Perez Cardenas | 281J-MM-3925417_0000268_1A0000235_0000001.pdf Marked Number 2 |
| Jhonny Walther Izaguirre Lopez | 281J-MM-3925417_0000268_1A0000235_0000001.pdf Marked Number 3 |
| Osmel Benitez | 281J-MM-3925417_0000268_1A0000235_0000001.pdf Marked Number 4 |

| Serial 268 | |
|---|---|
| **Defendant** | **Photo(s)** |
| Yoelys Prada Ramos | 281J-MM-3925417_0000268_1A0000235_0000001.pdf Marked Number 6 (sitting) |
| Victor Rafael Arcia Albeja | 281J-MM-3925417_0000268_1A0000235_0000001pdf Marked Number 7 (facing Number 4) |

| Serial 269 | |
|---|---|
| **Defendant** | **Photo(s)** |
| Jhonny Walther Izaguirre Lopez | 281J-MM-3925417_0000269_1A0000236_0000001.pdf Marked Number 1 |
| Osmel Benitez | 281J-MM-3925417_0000269_1A0000236_0000001.pdf Marked Number 2 |
| Victor Manuel Perez Cardenas | 281J-MM-3925417_0000269_1A0000236_0000001.pdf Marked Number 3 |
| Victor Rafael Arcia Albeja | 281J-MM-3925417_0000269_1A0000236_0000001.pdf Marked Number 4 (facing Number 2) |

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b). Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence.

You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

In addition, the government may introduce under Rule 404(b) evidence underlying the defendant's past criminal activity that has resulted in arrests and/or convictions and which is summarized in the attached court documents.

I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. §2516 and 18 U.S.C §2518 and that has been unsealed in accordance with 18 U.S.C §2518.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. No contraband is involved in this indictment.

L. The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession.

M. The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

N. The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The attachments to this Fourth Response to the Standing Discovery Order are contained on a thumb drive ("thumb drive") for the defendant Marrero Rodriguez, a zip file for the defendant Prada Ramos, and a compact disc ("CD") for each of the other defendants. The following items are contained the CD, the zip file, and the thumb drive:

**Contents of CDs, Zip File, and Thumb Drive, Fourth Response to the SDO**

| Folder, Subfolder, Document Name (Folders and Subfolders in Bold Text) | Bates Numbers, Number of Pages, Other Description |
|---|---|
| **72, Dish Wireless re (225) 491-5118** | |
| RP-26450 Declaration of Authenticity-31Jul2024.pdf | 1 page |
| RP-26450 Records Release Cover Letter_FINAL.pdf | 1 page |
| RP-26450 Subscriber Information Dish_FINAL.pdf | 1 page |
| | |
| **240, T-Mobile re (786) 580-2850** | |
| RP-26450 Subscriber Information Dish_FINAL.pdf | 1 page |
| 281J-MM-3925417_0000240_1A0000209_0000001.csv | |
| 281J-MM-3925417_0000240_1A0000209_0000002.csv | |
| | |
| **242, Wage and Earnings, Perez Cardenas** | |
| 281J-MM-3925417_0000242_Redacted.pdf | 1 page |
| 281J-MM-3925417_0000242_1A0000211_0000001.pdf | 1 page |
| | |
| **244, Arrest of Victor Perez Cardenas** | |
| 281J-MM-3925417_0000244_1A0000213_0000001_Redacted.pdf (Polk County Sheriff's Office Arrest Affidavit) | 3 pages |
| 281J-MM-3925417_0000244_Redacted.pdf | 1 page |
| | |

| Folder, Subfolder, Document Name (Folders and Subfolders in Bold Text) | Bates Numbers, Number of Pages, Other Description |
|---|---|
| **246, Victim Notifications** | |
| 281J-MM-3925417_0000246.pdf | 1 page |
| 281J-MM-3925417_0000246_1A0000214_0000001.pdf | 2 page |
| 281J-MM-3925417_0000246_Import.pdf | 8 pages |
| | |
| **Interview of ["P.V."], 2.20.2025** | |
| 281J-MM-3925417_0000252.pdf | 2 pages |
| 281J-MM-3925417_0000252_1A0000218_0000001.pdf | 2 pages |
| 281J-MM-3925417_0000252_1A0000219_0000001.pdf | 3 pages |
| | |
| **Certificate of Authenticity re AT&T CSLI** | |
| 281J-MM-3925417_0000253.pdf | 1 page |
| Certificate of Authenticity for SW re 2258066517 and 2254915118.pdf | 1 page |
| Original-20240920-181938289.pdf | 7 pages |
| 4166660_3373464.zip | |
| | |
| **257, Interview of W.P.G., 3.24.2025** | |
| 281J-MM-3925417_0000257_Redacted.pdf | 1 page |
| 281J-MM-3925417_0000257_1A0000225_0000001.pdf | 1 page |
| 281J-MM-3925417_0000257_1A0000224_0000001.pdf | 6 pages |
| | |
| **267, 268, Interview of Y.S.M., 4.8.2025** | |
| 281J-MM-3925417_0000267_1A0000234_0000001.pdf | 6 pages |
| 281J-MM-3925417_0000267_Redacted.pdf | 1 page |
| 281J-MM-3925417_0000268_1A0000235_0000001.pdf | 1 page |
| 281J-MM-3925417_0000268_Redacted.pdf | 1 page |
| | |
| **269, 279, Interview of Jhonny Izaguirre Lopez, 4.10.2025** | |
| 281J-MM-3925417_0000269.pdf | 1 page |
| 281J-MM-3925417_0000269_1A0000236_0000001.pdf | 1 page |
| 281J-MM-3925417_0000279.pdf | 4 pages |
| | |
| **273, Greater Miami Expressway Agency, re 09DGXE** | |
| 281J-MM-3925417_0000273.pdf | 1 page |
| 281J-MM-3925417_0000273_1A0000239_0000001.pdf | 2 pages |
| 281J-MM-3925417_0000273_1A0000239_0000002.pdf | 5 pages |
| 281J-MM-3925417_0000273_1A0000239_0000003.xlsx | |
| 281J-MM-3925417_0000273_1A0000239_0000004.mp4 | |
| | |
| **274, Florida's Turnpike Enterprise, re 09DGXE** | |
| 281J-MM-3925417_0000274.pdf | 1 page |
| 281J-MM-3925417_0000274_1A0000240_0000001.pdf | 1 page |

| Folder, Subfolder, Document Name (Folders and Subfolders in Bold Text) | Bates Numbers, Number of Pages, Other Description |
|---|---|
| 281J-MM-3925417_0000274_1A0000240_0000002.pdf | 2 pages |
| 281J-MM-3925417_0000274_1A0000240_0000003.pdf | 2 pages |
| 281J-MM-3925417_0000274_1A0000240_0000004.zip (Toll plaza photographs of SUV with Florida license plate number 09DGXE) | 42 jpg files |
| 281J-MM-3925417_0000274_1A0000240_0000004.zip.Toll Plaza Photos.pdf (Toll plaza photographs of SUV with Florida license plate number 09DGXE) | 42 pages |
| 281J-MM-3925417_0000274_1A0000240_0000005 (5.18.2024).xlsx | |
| 281J-MM-3925417_0000274_1A0000240_0000005.xlsx | |
| | |
| **276, Florida's Turnpike Enterprise, re BL00CG** | |
| 281J-MM-3925417_0000276.pdf | 1 page |
| 281J-MM-3925417_0000276_1A0000241_0000001.pdf | 1 page |
| 281J-MM-3925417_0000276_1A0000241_0000002.pdf | 2 pages |
| 281J-MM-3925417_0000276_1A0000241_0000003.pdf | 2 pages |
| 281J-MM-3925417_0000276_1A0000241_0000004.zip (Toll plaza photos of SUV with Florida license plate number BL00CG) | 30 jpg files |
| 281J-MM-3925417_0000276_1A0000241_0000004.zip.Toll Plaza Photos.pdf (Toll plaza photos of SUV with Florida license plate number BL00CG) | 30 pages |
| 281J-MM-3925417_0000276_1A0000241_0000005.xlsx | |
| | |
| 281J-MM-3925417_0000247.pdf | |

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Please contact the undersigned AUSA if the compact disc, zip file, or thumb drive is missing, or any of the items referenced in this response are missing from your compact disc, zip file, or thumb drive.

                 Respectfully submitted,

                 HAYDEN P. O'BYRNE
                 UNITED STATES ATTORNEY

By: **Dwayne Williams**
   DWAYNE EDWARD WILLIAMS
   Assistant United States Attorney
   Florida Bar No. 0125199
   99 Northeast 4th Street
   Miami, Florida 33132-2111
   Tel: (305) 961-9163
   Fax: (305) 530-6168
   Dwayne.Williams@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing United States' Fourth Response to the Standing Discovery Order was filed with the Clerk of the Court, via CM/ECF, on this 2nd day of May 2025.

**I FURTHER CERTIFY** that a zip file containing the United States' Fourth Response to the Standing Discovery Order (the items listed above) was produced to counsel for the defendant, Yoelys Prada Ramos, via USAfx file exchange portal, on this 2nd day of May 2025.

**I FURTHER CERTIFY** that a compact disc containing the United States' Fourth Response to the Standing Discovery Order (the items listed above) was delivered by FedEx to counsel for the defendant, Victor Rafael Arcia Albeja, on the 1st day of May 2025.

**I FURTHER CERTIFY** that a compact disc containing the United States' Fourth Response to the Standing Discovery Order (the items listed above) was delivered by FedEx to counsel for the defendant, Osmel Benitez, on the 29th day of April 2025.

**I FURTHER CERTIFY** that a compact disc containing the United States' Fourth Response to the Standing Discovery Order (the items listed above) was delivered by FedEx to counsel for the defendant, Victor Manuel Perez Cardenas, on the 28th day of April 2025.

**I FURTHER CERTIFY** that a thumb drive containing the United States' Fourth Response to the Standing Discovery Order (the items listed above) was delivered by FedEx to counsel for the defendant, Jose Angel Marrero Rodriguez, on the 28th day of April 2025.

*Dwayne Williams*
DWAYNE EDWARD WILLIAMS
Assistant United States Attorney